UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKIE M. KING,<br><br>            Plaintiff,<br><br>    v.<br><br>JUVENILE COURT, FLORIDA, et al.,<br><br>            Defendants. | Case No. 19-CV-1769-RSL<br><br>ORDER TO SHOW CAUSE |

On October 31, 2019, plaintiff lodged a complaint in this Court seeking various forms of relief from defendants for alleged fraud and discrimination while plaintiff lived in Florida. Pursuant to 28 U.S.C. § 1391(b), civil actions in federal court may be brought, with limited exceptions, only in the judicial district where defendants reside or in a judicial district in which a substantial part of the events giving rise to the claim occurred. Because this action apparently involves defendants who reside in, and conduct which occurred in, Florida, venue does not lie in this judicial district.

Plaintiff is therefore ORDERED TO SHOW CAUSE why the above-captioned matter should not be dismissed for improper venue under 28 U.S.C. § 1406(a). Plaintiff shall file her response within twenty-one (21) days of the date of this Order.

DATED this 8th day of November, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1